UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DONALD HESS,

    Plaintiff,

v.

MRS BPO LLC,

    Defendant.

Case No. 21-CV-552-JPS

ORDER

On April 30, 2021, Defendant removed this case to federal court because it presented a question arising under the Fair Debt Collection Practices Act. (Docket #1). Defendant filed an answer on May 7, 2021. (Docket #3). On January 21, 2022, the parties filed a stipulation of dismissal of this action with prejudice and without costs to either party. (Docket #8). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court will adopt the stipulation of dismissal.

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #8) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

Dated at Milwaukee, Wisconsin, this 27th day of January, 2022.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge